ERNEST R. BROWN, APPELLANT, v. BOROUGH OF DUNELLEN ET AL., RESPONDENTS.

Argued June 23, 1919—Decided November 17, 1919.

On appeal from the Supreme Court, whose opinion is reported in 92 *N. J. L.* 292.

For the appellant, *Collins & Corbin.*

For the respondents, *Rene P. F. von Minden.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, KALISCH, BLACK, WHITE, HEPPENHEIMER, TAYLOR, GARDNER, ACKERSON, JJ. 11.

*For reversal*—None.